1  CENTER FOR DISABILITY ACCESS
2  Ray Ballister Jr., Esq., SBN 111282
   Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   Amanda Lockhart Seabock, Esq., SBN 289900
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385
   (888) 422-5191 fax
6  amandas@potterhandy.com
   Attorneys for Plaintiff
7
   JEFFREY G. KEANE (SBN: 074617)
8  jkeane@kdeklaw.com
   JAMES G. WARREN (SBN: 231788)
9  jwarren@kdeklaw.com
   KRAMER, DEBOER & KEANE
10 A Limited Liability Partnership
   Including Professional Corporations
11 74770 Highway 111, Suite 201
   Indian Wells, California 92210
12 Telephone: (760) 776-1226
   Facsimile: (760) 776-1535
13 Attorneys for Defendant
   Desert Medical Group, Inc.
14
15 Additional Defendants on subsequent
16 page
17                UNITED STATES DISTRICT COURT
18              CENTRAL DISTRICT OF CALIFORNIA

19  JEANETTE JAIME,                      Case: 5:20-CV-00233-JGB-SHK

20        Plaintiff,                     **JOINT STIPULATION FOR**

21     v.                                **DISMISSAL PURSUANT TO**

22  CMK  CIELO,  LLC,  a  Delaware       **F.R.CIV.P. 41 (a)(1)(A)(ii)**
    Limited Liability Company;
23  DESERT MEDICAL GROUP, INC., a
    California Corporation; and Does 1-
24  10,

25        Defendants.

26

27                                    1

28
───────────────────────────────────────────────
Joint Stipulation for Dismissal          Case: 5:20-CV-00233-JGB-SHK
ACTIVE 51429772v2

*ACTIVE 51687859v1*

1  GREENBERG TRAURIG, LLP
2  Karin L. Bohmholdt (SBN 234929)
3  Alana C. Srour (SBN 271905)
4  1840 Century Park East, Suite 1900
   Los Angeles, California 90067-2121
5  Tel: 310.586.7700; Fax: 310.586.7800
6  bohmholdtk@gtlaw.com; sroura@gtlaw.com
7  Attorneys for Defendant CMK CIELO, LLC

8                        **STIPULATION**

9

10       Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and

11  between the parties hereto that this action shall be dismissed with prejudice

12  as to all parties; each party to bear his/her/its own attorneys' fees and costs.

13  This stipulation is made as the matter has been resolved to the satisfaction of

14  all parties.

15

16  Dated: September 01, 2020     CENTER FOR DISABILITY ACCESS

17
                                  By: /s/ Amanda Seabock
18                                    Amanda  Seabock
19                                    Attorneys for Plaintiff

20  Dated: September 01, 2020     KRAMER, DEBOER & KEANE

21                                By: /s/ James G. Warren
                                     Jeffrey G. Keane
22                                   James G. Warren
                                     Attorneys for Defendant
23                                   Desert Medical Group, Inc.

24

25

26

27                                      2

28  ──────────────────────────────────────────────────────
    Joint Stipulation for Dismissal          Case: 5:20-CV-00233-JGB-SHK
    ACTIVE 51429772v2

    *ACTIVE 51687859v1*

1    Dated: September 01, 2020    GREENBERG TRAUR

2                         By: /s/ Karin L. Bohmholdt

3                              Karin L. Bohmholdt
                              Defendant CMK CIELO, LLC
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                    3
28
_____
Joint Stipulation for Dismissal          Case: 5:20-CV-00233-JGB-SHK
ACTIVE 51429772v2

*ACTIVE 51687859v1*

1

## <u>SIGNATURE CERTIFICATION</u>

2

3    I hereby certify that the content of this document is acceptable to Jeffrey G.

4    Keane, counsel for Desert Medical Group, Inc., and Karin L. Bohmholdt,

5    counsel for CMK Cielo, LLC and that I have obtained Ms. Bohmholdt and

6    Mr. Keane's authorization to affix his and her electronic signature to this

7    document.

8

9    Dated: September 01, 2020        CENTER FOR DISABILITY ACCESS

10

11                                              By: /s/ Amanda Seabock
                                                    Amanda Seabock
12                                                  Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                                  4

28

Joint Stipulation for Dismissal                Case: 5:20-CV-00233-JGB-SHK
ACTIVE 51429772v2

*ACTIVE 51687859v1*